B6A (Official Form 6A) (12/07)

.

In re  **Jeffrey J. Townsend,**
　　　　**Angela M. Townsend,**

Case No. __**13-44087**__

_____,
　　　　　　　　　　　　　Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1000 Layne Court, Shorewood, Illinois 60404**<br>**Single Family Dwelling**<br>**Purchase in December 1999 (Purchase Price $222,270)**<br>**Value Per Zillow.com**<br>**PIN#: 05-06-09-101-010-0000**<br>**50% Partial Interest with Joint Debtor's Mother Marie Tocci** | **Fee Simple** | **J** | **234,687.00** | **240,392.95** |

|  |  |  |
|---|---|---|
| Sub-Total > | **234,687.00** | (Total of this page) |
| Total > | **234,687.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Jeffrey J. Townsend,**
     **Angela M. Townsend**

Case No. __13-44087__

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** **Savings Account No. ending with 5457** | J | 0.00 |
| | | **Bank of America** **Checking Account No. ending with 4144** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and Appliances** | J | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Personal Items** | J | 100.00 |
| 6. Wearing apparel. | | **Clothing** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Jewelry** | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | J | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **6,550.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**                                                    Case No. **13-44087**
     **Angela M. Townsend**

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | 401(K) | | H | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                               Sub-Total >       **0.00**
                                        (Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**                                          Case No.   __13-44087__
        **Angela M. Townsend**

_____,
                            Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois Drivers License** | H | 0.00 |
| | | **Illinois Drivers License** | W | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chrysler Sebring with 90,000 Miles Value Per KBB, PPV Jont Debtor's Mother makes payments for grandaughter** | J | 0.00 |
| | | **1989 Ford Mustang LX with 98,000 Miles Value Per KBB, PPV** | H | 4,600.00 |
| | | **2005 Mercury Monterey Base Model with 97,000 Miles Value Per KBB, PPV** | H | 5,567.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer and Printer** | J | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **10,317.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**                                      Case No.  **13-44087**
       **Angela M. Townsend**

                                        Debtors,

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **16,867.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Jeffrey J. Townsend,**                                    Case No.    **13-44087**
       **Angela M. Townsend**
                                        Debtors          ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐  11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Furniture and Appliances** | **735 ILCS 5/12-1001(b)** | **1,983.00** | **5,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(K)** | **735 ILCS 5/12-704** | **100%** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1989 Ford Mustang LX with 98,000 Miles** | **735 ILCS 5/12-1001(c)** | **4,600.00** | **4,600.00** |
| **Value Per KBB, PPV** | **735 ILCS 5/12-1001(b)** | **0.00** | |
| **2005 Mercury Monterey Base Model with 97,000 Miles** | **735 ILCS 5/12-1001(b)** | **5,567.00** | **5,567.00** |
| **Value Per KBB, PPV** | | | |

                                                    Total:          **13,600.00**          **16,617.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend**                                     Case No. ___**13-44087**___

_____
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2838** <br><br> **GM Financial** <br> **801 Cherry Street** <br> **Suite 3500** <br> **Fort Worth, TX 76102** | | H | Opened  5/01/13  Last Active 11/08/13 <br> **Vehicle Lien** <br><br> **2007 Chrysler Sebring with 90,000 Miles** <br> **Value Per KBB, PPV** <br> **Jont Debtor's Mother makes payments for grandaughter** | | | | | |
| | | | Value $              **5,957.00** | | | | **7,827.00** | **1,870.00** |
| Account No. **xxxx9338** <br><br> **GreenTree Servicing, LLC** <br> **345 St. Peter Street** <br> **Saint Paul, MN 55102** | X | J | Opened  8/01/05  Last Active 11/30/10 <br> **First Mortgage** <br> **1000 Layne Court, Shorewood, Illinois 60404** <br> **Single Family Dwelling** <br> **Purchase in December 1999 (Purchase Price $222,270)** <br> **Value Per Zillow.com** | | | | | |
| | | | Value $              **234,687.00** | | | | **202,447.00** | **0.00** |
| Account No. <br><br> **Green Tree** <br> **345 St. Peter Street** <br> **Saint Paul, MN 55102** | | | **Additional Notice Sent To:** <br><br> **GreenTree Servicing, LLC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. <br><br> **Hsbc Mortgage Services** <br> **636 Grand Regency Boulevard** <br> **Brandon, FL 33510** | | J | **Second Mortgage** <br> **1000 Layne Court, Shorewood, Illinois 60404** <br> **Single Family Dwelling** <br> **Purchase in December 1999 (Purchase Price $222,270)** <br> **Value Per Zillow.com** <br> **PIN#: 05-06-09-101-010-0000** | | | | | |
| | | | Value $              **234,687.00** | | | | **37,945.95** | **5,705.95** |

___**1**___ continuation sheets attached

Subtotal     **248,219.95**     **7,575.95**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend,**
                                 ,
                        Debtors

Case No.   **13-44087**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Household Finance Corporation c/o CT Corp., 208 S. LaSalle Chicago, IL 60604 | | | | **Additional Notice Sent To: Hsbc Mortgage Services** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| Household Finance Corporation PO Box 9618 Virginia Beach, VA 23450-9618 | | | | **Additional Notice Sent To: Hsbc Mortgage Services** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| Household Finance Corporation PO Box 1231 Brandon, FL 33509-1231 | | | | **Additional Notice Sent To: Hsbc Mortgage Services** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| HSBC Mortgage Services P.O. Box 9068 Brandon, FL 33509 | | | | **Additional Notice Sent To: Hsbc Mortgage Services** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 248,219.95 | 7,575.95 |

B6E (Official Form 6E) (4/13)

In re  **Jeffrey J. Townsend,**
      **Angela M. Townsend**

Case No. \_\_\_\_\_**13-44087**_____

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                       **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Jeffrey J. Townsend,**
**Angela M. Townsend**

Case No. **13-44087**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxx0031<br><br>**ABC Credit & Recovery**<br>**4736 Main Street Suite 4**<br>**Lisle, IL 60532** | | H | | | **Opened  4/01/13**<br>**Collection Agency**<br>**Dr. Don C Kalant   Associates** | | | | 1,184.00 |
| Account No.<br><br>**Dr. Don C Kalant Associates**<br>**14710 S. Naperville Road**<br>**Plainfield, IL 60544** | | | | | **Additional Notice Sent To:**<br>**ABC Credit & Recovery** | | | | **Notice Only** |
| Account No. xxxxxx6181<br><br>**ABC Credit & Recovery**<br>**4736 Main Street Suite 4**<br>**Lisle, IL 60532** | | H | | | **Opened  3/01/11**<br>**Collection Agency**<br>**Center For Dental Implants** | | | | 936.00 |
| Account No.<br><br>**Advanced Family Of Shorewood**<br>**150 N. Brookforest Drive #E**<br>**Shorewood, IL 60404** | | J | | | **Medical** | | | | 92.53 |
| **__40__** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 2,212.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**
       **Angela M. Townsend**                                    Case No.   **13-44087**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Advanced Medical Resource Management Ltd 1375 E. Schaumburg Road Suite 100 Schaumburg, IL 60194** | | J | Medical | | | | 25.00 |
| Account No.  **Adventist Bolingbrook Hospital 500 Remington Boulevard Bolingbrook, IL 60440** | | J | Medical | | | | 50.04 |
| Account No.  **Aegis Science Corporation PO Box 306129 Nashville, TN 37230** | | J | Medical | | | | 25.00 |
| Account No.  **Alliance Collection Agencies, Inc. 3916 S. Business Park Avenue PO Box 1267 Marshfield, WI 54449** | | J | Collection for Figis | | | | 62.89 |
| Account No.  **Aplington, Kaufman, McClintock, Steele & Barry, Ltd. 160 Marquette Street La Salle, IL 61301** | | J | Notice Only Case No.: 2012 SC 1324 | | | | 0.00 |

Sheet no. __1__ of __40__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          162.93

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend** ,
              Debtors

Case No. _____**13-44087**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4170**<br><br>**Armor Systems Corporation**<br>**1700 Kiefer Drive, Suite 1**<br>**Zion, IL 60099** | | W | **Opened 12/01/10**<br>**Collection Agency**<br>**University Anesthesiologists** | | | | 43.00 |
| Account No.<br><br>**University Anesthesiologist**<br>**1653 West Congress Parkway**<br>**Chicago, IL 60612** | | | Additional Notice Sent To:<br>**Armor Systems Corporation** | | | | Notice Only |
| Account No. **xxx3256**<br><br>**ATG Credit LLC**<br>**1700 Courtland Avenue**<br>**Suite 2**<br>**Chicago, IL 60622** | | H | **Opened 6/01/13**<br>**Collection Agency**<br>**Joliet Radiological S.C.** | | | | 19.00 |
| Account No. **xx4475**<br><br>**ATG Credit LLC**<br>**1700 Courtland Avenue**<br>**Suite 2**<br>**Chicago, IL 60622** | | H | **Opened 10/01/09**<br>**Collection Agency**<br>**Naperville Medical Imaging Llc** | | | | 8.00 |
| Account No.<br><br>**NAPERVILLE RADIOLOGISTS S C**<br>**801 S Washington Street**<br>**Naperville, IL 60540** | | | Additional Notice Sent To:<br>**ATG Credit LLC** | | | | Notice Only |

Sheet no. __**2**___ of __**40**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend,**

Case No. ___**13-44087**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Naperville Radiologists S.C.** <br>**6910 S. Madison Street** <br>**Willowbrook, IL 60527** | | | **Additional Notice Sent To:** <br>**ATG Credit LLC** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxxxx7388** <br><br>**Berks Credit & Collections** <br>**900 Corporate Drive** <br>**Reading, PA 19605** | | W | **Opened  6/01/12** <br>**Collection Agency** <br>**Midwest Center For Advance Imaging** | | | | **65.00** |
| Account No. <br><br>**Midwest Clinical Imaging, P.C.** <br>**675 W. North Avenue, Suite 402** <br>**Melrose Park, IL 60160** | | | **Additional Notice Sent To:** <br>**Berks Credit & Collections** | | | | **Notice Only** |
| Account No. <br><br>**Cab Services, Inc** <br>**90 Barney Drive** <br>**Joliet, IL 60435** | | J | **Shorewood Animal Hospital** | | | | **95.00** |
| Account No. <br><br>**CAB Services, Inc.** <br>**PO Box 2668** <br>**Joliet, IL 60434** | | | **Additional Notice Sent To:** <br>**Cab Services, Inc** | | | | **Notice Only** |

Sheet no. __**3**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**160.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
         **Angela M. Townsend**

Case No. ___**13-44087**___

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7389** <br><br> **Cab Services, Inc.** <br> **90 Barney Drive** <br> **Joliet, IL 60435** | | H | | **Collection Agency** <br> **Phillips Eye Center** | | | | **182.00** |
| Account No. <br><br> **Caine & Weiner** <br> **1699 E. Woodfield Road** <br> **Schaumburg, IL 60173** | | J | | **Collection for Pitney Bowes** | | | | **124.75** |
| Account No. <br><br> **Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365** | | | | **Additional Notice Sent To:** <br> **Caine & Weiner** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx8409** <br><br> **Capital One, N.A.*** <br> **1680 Capital One Drive** <br> **Mc Lean, VA 22102** | | W | | **Opened 10/03/11  Last Active  2/14/13** <br> **Credit Card** | | | | **432.00** |
| Account No. <br><br> **Capital One, N.A. *** <br> **c/o American Infosource** <br> **P.O Box 54529** <br> **Oklahoma City, OK 73154** | | | | **Additional Notice Sent To:** <br> **Capital One, N.A.*** | | | | **Notice Only** |

Sheet no. __**4**___ of __**40**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**738.75**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
       **Angela M. Townsend,**

Case No. ___**13-44087**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Pay Day Loan | | | | |
| **Cash Net Usa 200 W. Jackson Suite 1400 Chicago, IL 60606** | | J | | | | | | 738.50 |
| Account No. | | | | Collection for Pain Centers of Chicago | | | | |
| **Chase Receivables DBA Credit Bureau of Napa County, Inc 1247 Broadway Sebastopol, CA 95472** | | J | | | | | | 317.00 |
| Account No. | | | | Additional Notice Sent To: Chase Receivables | | | | |
| **Pain Centers of Chicago 19627 S. LaGrange Road Mokena, IL 60448** | | | | | | | | Notice Only |
| Account No. | | | | Additional Notice Sent To: Chase Receivables | | | | |
| **Pain Centers of Chicago PO Box 305 Bedford Park, IL 60499** | | | | | | | | Notice Only |
| Account No. **xxxx8410** | | | | Opened  8/01/09 Collection Agency Anesthesia Associates Mecs | | | | |
| **Choice Recovery 1550 Old Henderson Road Street Columbus, OH 43220** | | W | | | | | | 21.00 |

| | | |
|---|---|---|
| Sheet no. __**5**___ of __**40**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,076.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**
        **Angela M. Townsend**

Case No. ___**13-44087**___

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Clinical Association in Medicine LLC**<br>**330 N. Madison Street, Suite 202**<br>**Joliet, IL 60435** | | J | **Medical** | | | | **1,555.07** |
| Account No. **xx2686**<br><br>**Collection Professionals**<br>**723 First Street**<br>**La Salle, IL 61301** | | W | **Opened 7/01/09 Last Active 5/01/12**<br>**Collection Agency**<br>**Steven E. Marek B.S. D.D.S** | | | | **844.00** |
| Account No. **xx9487**<br><br>**Collection Professionals**<br>**723 First Street**<br>**La Salle, IL 61301** | | W | **Opened 7/01/11**<br>**Collection Agency**<br>**Wcs Occ. Rehab & Sports Medicine** | | | | **498.00** |
| Account No. **xx4554**<br><br>**Collection Professionals**<br>**723 First Street**<br>**La Salle, IL 61301** | | W | **Opened 11/01/11**<br>**Collection Agency**<br>**Joliet Smile World Inc** | | | | **287.00** |
| Account No. **xx9214**<br><br>**Collection Professionals**<br>**723 First Street**<br>**La Salle, IL 61301** | | W | **Opened 11/01/12**<br>**Collection Agency**<br>**Joliet Oral Surgeons** | | | | **125.00** |

Sheet no. __**6**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,309.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**                                                    Case No. _____**13-44087**_____
        **Angela M. Townsend**
        _____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5481** <br><br> **Collection Professionals** <br> **723 First Street** <br> **La Salle, IL 61301** | | W | **Opened  8/01/09** <br> **Collection Agency** <br> **Mary Monaco  D.O.** | | | | **45.00** |
| Account No. <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | J | **Utility** | | | | **448.08** |
| Account No. <br><br> **Comed** <br> **Po Box 87522** <br> **Chicago, IL 60680** | | | **Additional Notice Sent To:** <br> **ComEd** | | | | **Notice Only** |
| Account No. <br><br> **Corwin Medical Center** <br> **15728 Illinois 59** <br> **Plainfield, IL 60544** | | J | **Medical** | | | | **750.00** |
| Account No. **xxxx0486** <br><br> **Credit Collection Service** <br> **Two Wells Ave** <br> **Newton Center, MA 02459** | | H | **Collection Agency** <br> **Esurance An Allstate Company** | | | | **179.00** |

Sheet no. __**7**___ of __**40**___ sheets attached to Schedule of                       Subtotal                **1,422.08**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**                                          Case No. _____**13-44087**_____
        **Angela M. Townsend**
                                                              ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Allstate Insurance** **2775 Sanders Road** **Northbrook, IL 60062** | | | | Additional Notice Sent To: Credit Collection Service | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Credit Collection Services** **PO Box 55126** **Boston, MA 02205** | | | | Additional Notice Sent To: Credit Collection Service | | | | **Notice Only** |
| Account No. | | | | Collection for Geico | | | | |
| **Credit Collection Services** **Two Wells Ave** **Newton Center, MA 02459** | J | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Geico Corporate Headquarters** **5260 Western Avenue** **Chevy Chase, MD 20815** | | | | Additional Notice Sent To: Credit Collection Services | | | | **Notice Only** |
| Account No. | | | | Collection for comcast | | | | |
| **Credit Management, LP** **4200 International Parkway** **Carrollton, TX 75007** | J | | | | | | | **640.09** |

Sheet no. __**8**___ of __**40**___ sheets attached to Schedule of        Subtotal        | **640.09** |
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
       **Angela M. Townsend**                                                              Case No. _____**13-44087**_____

                                              ,
                                     Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Additional Notice Sent To: | | | | |
| **Comcast c/o Credit Management 4200 International Parkway Carrollton, TX 75007** | | | **Credit Management, LP** | | | | **Notice Only** |
| Account No. | | | Additional Notice Sent To: | | | | |
| **Comcast 2001 York Road Oak Brook, IL 60523** | | | **Credit Management, LP** | | | | **Notice Only** |
| Account No. **x6505** | | | Collection Agency **Hr Imaging Partners** | | | | |
| **Credit Recovery 716 Columbus Street Ottawa, IL 61350** | | H | | | | | **62.00** |
| Account No. **xxx7598** | | | Collection Agency **Provena St Joseph Medical Center** | | | | |
| **Creditors Collection Bureau, Inc. 755 Almar Parkway Bourbonnais, IL 60914** | | W | | | | | **253.00** |
| Account No. | | | Additional Notice Sent To: | | | | |
| **Provena Health 19065 Hickory Creek Drive Ste300 Mokena, IL 60448** | | | **Creditors Collection Bureau, Inc.** | | | | **Notice Only** |

Sheet no. __**9**___ of __**40**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**315.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
     **Angela M. Townsend**

Case No. _____**13-44087**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Provena Saint Joseph Medical Center** <br> **P.O. Box 88097** <br> **Chicago, IL 60680** | | | **Additional Notice Sent To:** <br> **Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Provena Saint Joseph Medical Center** <br> **Patient Financial Services** <br> **1643 Lewis Avenue, Suite 203** <br> **Billings, MT 59102** | | | **Additional Notice Sent To:** <br> **Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Provena Saint Joseph Medical Center** <br> **1643 Lewis Ave, Suite 203** <br> **Billings, MT 59102** | | | **Additional Notice Sent To:** <br> **Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Provena St. Joseph** <br> **77 N. Airlite Street** <br> **Elgin, IL 60123** | | | **Additional Notice Sent To:** <br> **Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. **xxx9557** <br><br> **Creditors Collection Bureau, Inc.** <br> **755 Almar Parkway** <br> **Bourbonnais, IL 60914** | | H | **Opened 12/01/12** <br> **Collection Agency** <br> **Adventist Health Partners** | | | | **207.00** |

Sheet no. __**10**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**207.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
    **Angela M. Townsend,**
                        ,
                    Debtors

Case No. ___**13-44087**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Adventist Health Partners** <br>**2001 Butterfield Road, Suite 920** <br>**Downers Grove, IL 60515** | | | Additional Notice Sent To: <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Adventist Health Partners** <br>**PO Box 7001** | | | Additional Notice Sent To: <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. **xxx4399** <br><br>**Creditors Collection Bureau, Inc.** <br>**755 Almar Parkway** <br>**Bourbonnais, IL 60914** | | H | Opened 9/01/11 <br>Collection Agency <br>**Digestive Disease Clinic** | | | | **157.00** |
| Account No. <br><br>**Digestive Health - Rush** <br>**2000 Ogden Avenue** <br>**Aurora, IL 60504** | | | Additional Notice Sent To: <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. **xxx9844** <br><br>**Creditors Collection Bureau, Inc.** <br>**755 Almar Parkway** <br>**Bourbonnais, IL 60914** | | H | Opened 6/01/11 <br>Collection Agency <br>**Adventist Health Partners** | | | | **78.00** |

Sheet no. __**11**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**235.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
       **Angela M. Townsend**
_____,
                    Debtors

Case No. _____**13-44087**_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Adventist Bolingbrook Hospital** <br>**500 Remington Boulevard** <br>**Bolingbrook, IL 60440** | | | **Additional Notice Sent To:** <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Adventist Bolingbrook Hospital** <br>**75 Remittance Drive, Suite 6097** <br>**Chicago, IL 60675** | | | **Additional Notice Sent To:** <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Adventist Bolingbrook Hospital** <br>**244 Butte View Drive** <br>**Bolingbrook, IL 60490** | | | **Additional Notice Sent To:** <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. **xxx9045** <br><br>**Creditors Collection Bureau, Inc.** <br>**755 Almar Parkway** <br>**Bourbonnais, IL 60914** | | H | **Opened 6/01/11** <br>**Collection Agency** <br>**Adventist Health Partners** | | | | **62.00** |
| Account No. <br><br>**Adventist Hinsdale Hospital** <br>**135 North Oak Street** <br>**Hinsdale, IL 60521** | | | **Additional Notice Sent To:** <br>**Creditors Collection Bureau, Inc.** | | | | **Notice Only** |

Sheet no. _**12**_ of _**40**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend**
                                                 ,
                                     Debtors

Case No.    **13-44087**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Adventist LaGrange Memorial Hospital** 75 Remittance Drive, Suite 3204 Chicago, IL 60675 | | | Additional Notice Sent To: **Creditors Collection Bureau, Inc.** | | | | **Notice Only** |
| Account No. xxxxxxxxxxx2876 | | | Opened 10/01/12 Collection Agency Physicians Immediate Care N C | | | | |
| **Creditors Protection Service, Inc.** 308 West State Street, #485 Rockford, IL 61101 | | W | | | | | **75.00** |
| Account No. | | | | | | | |
| **Physicians Immediate Care** Po Box 544 Dept 5390 Milwaukee, WI 53201 | | | Additional Notice Sent To: **Creditors Protection Service, Inc.** | | | | **Notice Only** |
| Account No. xxxxxxx6386 | | | Opened 12/01/09 Collection Agency Tomasik Francis G. Md | | | | |
| **Creditors' Discount & Audit Company** P.O Box 213 415 E. Main Street Streator, IL 61364 | | H | | | | | **612.00** |
| Account No. xxxxxxx6560 | | | Opened 3/01/11 Collection Agency Premier Dermatology | | | | |
| **Creditors' Discount & Audit Company** P.O Box 213 415 E. Main Street Streator, IL 61364 | | H | | | | | **399.00** |

Sheet no. _**13**_ of _**40**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,086.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**                                    Case No. ___**13-44087**___
      **Angela M. Townsend**
                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Premier Dermatology** **1520 Bond Street** **Naperville, IL 60563** | | | Additional Notice Sent To: **Creditors' Discount & Audit Company** | | | | **Notice Only** |
| Account No. **xxxxxxxx2186** **Creditors' Discount & Audit Company** **P.O Box 213** **415 E. Main Street** **Streator, IL 61364** | | H | Opened  5/01/11 **Collection Agency**  **Allergy/Asthma Assoc Of Joliet** | | | | **225.00** |
| Account No. **xxxxxxxx2187** **Creditors' Discount & Audit Company** **P.O Box 213** **415 E. Main Street** **Streator, IL 61364** | | H | Opened  5/01/11 **Collection Agency**  **Allergy/Asthma Assoc Of Joliet** | | | | **135.00** |
| Account No. **Dr Tseghai Berhe, MD** **Medical Business Office** **PO BOx 7230** **Westchester, IL 60154** | | J | Medical | | | | **140.00** |
| Account No. **xxxx3688** **Enhanced Recovery Corp** **Attention: Client Services** **8014 Bayberry Road** **Jacksonville, FL 32256** | | W | Opened 12/01/12 **Collection Attorney At T** | | | | **1,592.00** |

Sheet no. _**14**_ of _**40**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal          **2,092.00**
                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
  **Angela M. Townsend,**
                       ,

Case No.  **13-44087**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**At & T**<br>**Po Box 5080**<br>**Carol Stream, IL 60197-5080** | | | **Additional Notice Sent To:**<br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. <br><br>**At & T Mobility**<br>**P.O. Box 6416**<br>**Carol Stream, IL 60197** | | | **Additional Notice Sent To:**<br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. <br><br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream, IL 60197-6416** | | | **Additional Notice Sent To:**<br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. <br><br>**Enhanced Recovery Co**<br>**Po Box 3002**<br>**Southeastern, PA 19398** | | | **Additional Notice Sent To:**<br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. **xxxx9949** <br><br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | | W | **Opened  3/01/13**<br>**Collection Attorney Sprint** | | | | **559.00** |

| | | |
|---|---|---|
| Sheet no. **15** of **40** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **559.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**                                    Case No. ___**13-44087**___
     **Angela M. Townsend**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sprint** <br>**6391 Sprint Parkway** <br>**Overland Park, KS 66251** | | | **Additional Notice Sent To:** <br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. <br><br>**Sprint** <br>**PO Box 3827** <br>**Englewood, CO 80155** | | | **Additional Notice Sent To:** <br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. **xxxx3389** <br><br>**Enhanced Recovery Corp** <br>**Attention: Client Services** <br>**8014 Bayberry Rd** <br>**Jacksonville, FL 32256** | | H | **Opened  2/01/11** <br>**Collection Attorney At T** | | | | **35.00** |
| Account No. <br><br>**AT&T** <br>**225 W. Randolph Road** <br>**Chicago, IL 60606** | | | **Additional Notice Sent To:** <br>**Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. <br><br>**Equifax Information Services, LLC** <br>**1550 Peachtree Street NW** <br>**Atlanta, GA 30309** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __**16**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **35.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
    **Angela M. Townsend**
                                      ,
                         Debtors

Case No.   **13-44087**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8523** | | | | Opened  8/01/12 Collection Attorney Emp Of Will County  Llc | | | | |
| Escallate Llc 5200 Stoneham Road North Canton, OH 44720 | | W | | | | | | 667.00 |
| Account No. | | | | Additional Notice Sent To: Escallate Llc | | | | |
| Escallate LLC PO Box 710732 Columbus, OH 43271 | | | | | | | | Notice Only |
| Account No. **xxxx8522** | | | | Opened  8/01/12 Collection Attorney Emp Of Will County  Llc Provena St Joseph | | | | |
| Escallate Llc 5200 Stoneham Road North Canton, OH 44720 | | W | | | | | | 72.00 |
| Account No. | | | | Additional Notice Sent To: Escallate Llc | | | | |
| Provena Saint Joseph Medical Center P.O. Box 88097 Chicago, IL 60680 | | | | | | | | Notice Only |
| Account No. | | | | Additional Notice Sent To: Escallate Llc | | | | |
| Provena Saint Joseph Medical Center Patient Financial Services 1643 Lewis Avenue, Suite 203 Billings, MT 59102 | | | | | | | | Notice Only |

Sheet no. __17__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

739.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**                                    Case No. _____**13-44087**_____
         **Angela M. Townsend,**
                                                        ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Additional Notice Sent To: | | | | |
| **Provena Saint Joseph Medical Center** **1643 Lewis Ave, Suite 203** **Billings, MT 59102** | | | | **Escallate Llc** | | | | **Notice Only** |
| Account No. | | | | Notice Only | | | | |
| **Experian Information Solutions, Inc.** **475 Anton Boulevard** **Costa Mesa, CA 92626** | J | | | | | | | **0.00** |
| Account No. | | | | Collection for Psychatric Services PC | | | | |
| **FedChex Recovery** **PO Box 18978** **Irvine, CA 92623** | J | | | | | | | **65.00** |
| Account No. | | | | Additional Notice Sent To: | | | | |
| **Psychatric Services PC** **9239 W. Center Road** **Omaha, NE 68124** | | | | **FedChex Recovery** | | | | **Notice Only** |
| Account No. **xxxxx0638** | | | | Opened  2/01/13  Last Active  9/26/13 Unsecured | | | | |
| **Figi's Inc** **3200 S Central Ave** **Marshfield, WI 54404** | W | | | | | | | **62.00** |

Sheet no. __**18**__ of __**40**__ sheets attached to Schedule of                 Subtotal                **127.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
**Angela M. Townsend**                                                                                   Case No. ____**13-44087**____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4176 | | | Opened 11/01/10  Last Active 12/03/10 Credit Card | | | | |
| First Premier Bank 3820 N Louise Avenue Sioux Falls, SD 57107 | | W | | | | | |
| | | | | | | | 272.00 |
| Account No. | | | | | | | |
| First Premier 601 S Minnesota Ave Sioux Falls, SD 57104 | | | Additional Notice Sent To: First Premier Bank | | | | Notice Only |
| Account No. | | | | | | | |
| First Premier Bank 601 South Minnesota Avenue Sioux Falls, SD 57104 | | | Additional Notice Sent To: First Premier Bank | | | | Notice Only |
| Account No. | | | | | | | |
| First Premier Bank PO Box 5524 Sioux Falls, SD 57117 | | | Additional Notice Sent To: First Premier Bank | | | | Notice Only |
| Account No. | | | | | | | |
| FMS Inc 4915 South Union Avenue Tulsa, OK 74107 | | | Additional Notice Sent To: First Premier Bank | | | | Notice Only |

Sheet no. __**19**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          272.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**                                          Case No. _____**13-44087**_____
        **Angela M. Townsend,**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FMS Inc.** <br> **PO Box 707601** <br> **Tulsa, OK 74170** | | | **Additional Notice Sent To:** <br> **First Premier Bank** | | | | **Notice Only** |
| Account No. <br><br> **Fisher and Shapiro, LLC** <br> **2121 Waukegan Road, Suite 301** <br> **Deerfield, IL 60015** | | J | **Notice Only** <br> **Case No.: 2011 Ch 005435** | | | | 0.00 |
| Account No. <br><br> **Four Seasons Heating & Air Conditioning** <br> **5701 West 73rd Street** <br> **Chicago, IL 60638** | | J | **Services** | | | | 587.00 |
| Account No. <br><br> **Freedman Anselmo Lindberg LLC** <br> **1807 W. Diehl Road, Suite 333** <br> **Naperville, IL 60563** | | J | **Notice Only** <br> **Case No.: 2011 AR 28** <br> **2008 SC 7372** | | | | 0.00 |
| Account No. <br><br> **Freedman Anselmo Lindberg** <br> **1771 W. Diehl, Suite 150** <br> **Naperville, IL 60566** | | | **Additional Notice Sent To:** <br> **Freedman Anselmo Lindberg LLC** | | | | **Notice Only** |

Sheet no. __**20**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              587.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　　**Jeffrey J. Townsend,**　　　　　　　　　　　　　　　　　Case No. ___**13-44087**___
　　　　**Angela M. Townsend,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Freedman Anselmo Lindberg LLC Po Box 3228 Naperville, IL 60566** | | | | Additional Notice Sent To: **Freedman Anselmo Lindberg LLC** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx5777** | | W | | 01 Erac Region G | | | | |
| **Greentree Po Box 3417 Escondido, CA 92033** | | | | | | | | **195.00** |
| Account No. | | | | | | | | |
| **Greentree and Associates PO Box 3417 Escondido, CA 92033** | | | | Additional Notice Sent To: **Greentree** | | | | **Notice Only** |
| Account No. **xxxx8984** | | W | | Opened 10/01/07 Collection Attorney Heart Care Center Of Illinois | | | | |
| **Illinois Collection Service 8231 185th Street, Suite 100 Tinley Park, IL 60487** | | | | | | | | **94.00** |
| Account No. **xxxx6971** | | W | | Opened 10/01/12 Collection Attorney Joliet Radiological Service C | | | | |
| **Illinois Collection Service 8231 185th Street, Suite 100 Tinley Park, IL 60487** | | | | | | | | **53.00** |

Sheet no. __21__ of __40__ sheets attached to Schedule of　　　　　　　　Subtotal　　　　　　　**342.00**
Creditors Holding Unsecured Nonpriority Claims　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey J. Townsend,**
      **Angela M. Townsend,**
                                                                                    Case No. ___**13-44087**___
                                                         ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0171**<br><br>**Illinois Collection Service/ICS**<br>**Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | | W | | **Opened  9/01/10**<br>**Collection Attorney Miorma** | | | | **387.00** |
| Account No.<br><br>**ICS Collection Service**<br>**Po box 1010**<br>**Tinley Park, IL 60477** | | | | **Additional Notice Sent To:**<br>**Illinois Collection Service/ICS** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service**<br>**8231 185th Street, Suite 100**<br>**Tinley Park, IL 60487** | | | | **Additional Notice Sent To:**<br>**Illinois Collection Service/ICS** | | | | **Notice Only** |
| Account No.<br><br>**Illinois Collection Service Inc**<br>**PO Box 1010**<br>**Tinley Park, IL 60477** | | | | **Additional Notice Sent To:**<br>**Illinois Collection Service/ICS** | | | | **Notice Only** |
| Account No.<br><br>**Joliet Doctors Clinic, S.C.**<br>**2450 Glenwood Avenue**<br>**Joliet, IL 60435** | | J | | **Medical** | | | | **336.00** |

Sheet no. __**22**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **723.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
         **Angela M. Townsend**
_____,
                        Debtors

Case No.    **13-44087**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7220 <br><br> **LVNV Funding LLC** <br> **15 South Main Street** <br> **Greenville, SC 29601** | | H | | **Opened 9/01/11** <br> **Factoring Company Account Direct Merchants** <br> **Credit Card B** | | | | **985.00** |
| Account No. <br><br> **Direct Merchants Bank** <br> **17600 N. Perimeter Drive** <br> **Scottsdale, AZ 85255** | | | | Additional Notice Sent To: <br> LVNV Funding LLC | | | | **Notice Only** |
| Account No. <br><br> **LVNV Funding LLC its sucessors &** <br> **assigns** <br> **assignee of Citibank Resurgent Cap** <br> **Serv** <br> **PO Box 10587** <br> **Greenville, SC 29603** | | | | Additional Notice Sent To: <br> LVNV Funding LLC | | | | **Notice Only** |
| Account No. xxxxxx3187 <br><br> **Merchants Credit Guide*** <br> **223 W. Jackson Boulevard** <br> **Suite 700** <br> **Chicago, IL 60606** | | H | | **Opened 6/01/10 Last Active 8/12/10** <br> **Collection Attorney Adventist Bolingbrook** <br> **Hospital** | | | | **890.00** |
| Account No. xxxxxx2074 <br><br> **Merchants Credit Guide*** <br> **223 W. Jackson Boulevard** <br> **Suite 700** <br> **Chicago, IL 60606** | | H | | **Opened 9/01/12** <br> **Collection Attorney Adventist Bolingbrook** <br> **Hospital** | | | | **392.00** |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,267.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
       **Angela M. Townsend,**

Case No.    **13-44087**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Michael R. Naughton Law Offices**<br>**155 W. North Street**<br>**Manhattan, IL 60442** | | J | | **Notice Only**<br>**Case No.: 2011 SC 8952** | | | | **0.00** |
| Account No. **xxxxxx3977**<br><br>**Midland Funding**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | | W | | **Opened 12/01/11**<br>**Factoring Company Account T-Mobile** | | | | **1,316.00** |
| Account No.<br><br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | | **Additional Notice Sent To:**<br>**Midland Funding** | | | | **Notice Only** |
| Account No.<br><br>**T-Mobile**<br>**12929 SE 38th Street**<br>**Bellevue, WA 98006** | | | | **Additional Notice Sent To:**<br>**Midland Funding** | | | | **Notice Only** |
| Account No. **xxxxxxx0013**<br><br>**Midstate Collection Solutions, Inc.**<br>**2009 Round Barn Rd Suite B**<br>**Champaign, IL 61821** | | H | | **Opened 12/01/11**<br>**Collection Attorney Rezin Orthopedic Centers Sc** | | | | **25.00** |

Sheet no. __24__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,341.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**                                          Case No. _____**13-44087**_____
       **Angela M. Townsend**
                                                                    ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dennis A. Brebner & Associates** <br>**860 Northpoint Boulevard** <br>**Waukegan, IL 60085** | | | **Additional Notice Sent To:** <br>**Midstate Collection Solutions, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Midstate Collection Solutions, Inc.** <br>**PO Box 3292** <br>**Champaign, IL 61826** | | | **Additional Notice Sent To:** <br>**Midstate Collection Solutions, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Midwest Hospitalists, LLC** <br>**2100 Glennwood Avenue** <br>**Joliet, IL 60435** | | J | **Medical** | | | | **300.81** |
| Account No. **xxxx1092** <br><br>**Mira Med Reveunue Group** <br>**Po Box 77000** <br>**Dept 77304** <br>**Detroit, MI 48277** | | J | **Collection for Provena Medical Group** | | | | **980.80** |
| Account No. <br><br>**Provena Health** <br>**19065 Hickory Creek Drive** <br>**Ste300** <br>**Mokena, IL 60448** | | | **Additional Notice Sent To:** <br>**Mira Med Reveunue Group** | | | | **Notice Only** |

Sheet no. __**25**__ of __**40**__  sheets attached to Schedule of                          Subtotal                    **1,281.61**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend,**
                         Case No. ____**13-44087**____
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Provena Health** <br> **333 N. Madison Street** <br> **Joliet, IL 60435** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |
| Account No. <br><br> **Provena Mercy Medical Center** <br> **1325 N. Highland Ave** <br> **Aurora, IL 60506** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |
| Account No. <br><br> **Provena Mercy Medical Center** <br> **1643 Lewis Avenue** <br> **Ste 203** <br> **Billings, MT 59102** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |
| Account No. <br><br> **Provena Saint Joseph Medical Center** <br> **1643 Lewis Ave, Suite 203** <br> **Billings, MT 59102** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |
| Account No. <br><br> **Provena Saint Joseph Medical Center** <br> **P.O. Box 88097** <br> **Chicago, IL 60680** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |

Sheet no. __**26**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
    (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**    Case No. ___**13-44087**___
         **Angela M. Townsend**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Provena Saint Joseph Medical Center Patient Financial Services 1643 Lewis Avenue, Suite 203 Billings, MT 59102** | | | Additional Notice Sent To: Mira Med Reveunue Group | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Provena St. Joseph 77 N. Airlite Street Elgin, IL 60123** | | | Additional Notice Sent To: Mira Med Reveunue Group | | | | **Notice Only** |
| Account No. | | | Collection for Presence St. Joseph | | | | |
| **Mira Med Reveunue Group Po Box 77000 Dept 77304 Detroit, MI 48277** | | J | | | | | **162.06** |
| Account No. | | | | | | | |
| **Saint Joseph Hospital 2900 North Lake Shore Drive Chicago, IL 60657** | | | Additional Notice Sent To: Mira Med Reveunue Group | | | | **Notice Only** |
| Account No. | | | Collection for Presence St. Joseph Medical | | | | |
| **Mira Med Reveunue Group Po Box 77000 Dept 77304 Detroit, MI 48277** | | J | | | | | **5,118.29** |

Sheet no. __**27**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,280.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**
        **Angela M. Townsend**                                      Case No. ____**13-44087**_____
                                                          ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Presence St. Joseph Medical Center** <br> **1643 Lewis Avenue** <br> **Suite 203** <br> **Billings, MT 59102** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |
| Account No. <br><br> **Saint Joseph Hospital** <br> **62392 Collection Center Drive** <br> **Chicago, IL 60693** | | | **Additional Notice Sent To:** <br> **Mira Med Reveunue Group** | | | | **Notice Only** |
| Account No. **xxxxxxxxx129O** <br><br> **Montgomery Ward** <br> **1112 7th Avenue** <br> **Monroe, WI 53566** | W | | **Opened 11/01/10 Last Active  1/06/11** <br> **Charge Account** | | | | **375.00** |
| Account No. <br><br> **Pain Centers of Chicago** <br> **19627 S. LaGrange Road** <br> **Mokena, IL 60448** | J | | **Medical** | | | | **317.20** |
| Account No. <br><br> **Pain Centers of Chicago** <br> **PO Box 305** <br> **Bedford Park, IL 60499** | | | **Additional Notice Sent To:** <br> **Pain Centers of Chicago** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __**28**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **692.20** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey J. Townsend,**                               Case No. ___**13-44087**_____

      **Angela M. Townsend**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pay Day Loan Store of Illinois, Inc.**<br>**947B Sibley Boulevard**<br>**Dolton, IL 60419** | | J | **Pay Day Loan** | | | | 1.00 |
| Account No. **xxxx4876**<br><br>**Pellettieri**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | W | **Med1 02 Presence St Joseph Med Center** | | | | 2,282.00 |
| Account No. **xxxx3735**<br><br>**Pellettieri**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | W | **Med1 02 Presence St Joseph Med Cente** | | | | 1,069.00 |
| Account No. **xxxx6836**<br><br>**Pellettieri**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | W | **Med1 02 Provena St Joseph Med Center** | | | | 100.00 |
| Account No. **xxxx6784**<br><br>**Pellettieri**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | W | **Med1 02 Provena St Joseph Med Center** | | | | 100.00 |

Husband, Wife, Joint, or Community

Sheet no. __**29**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,552.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
     **Angela M. Townsend,**
                                              Debtors

Case No.   **13-44087**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| **Pitney Bowes** **2225 American Drive** **Neenah, WI 54956** | | | J | | | | | 219.90 |
| Account No. | | | | | | | | |
| **Pitney Bowes** **P.O. Box 371896** **Pittsburgh, PA 15250** | | | | Additional Notice Sent To: Pitney Bowes | | | | Notice Only |
| Account No. | | | | Services | | | | |
| **Placement Control** **Division Of Figi's Inc** **3200 South Central Avenue** **Marshfield, WI 54404** | | | J | | | | | 49.92 |
| Account No. **xxxxx3134** | | | | Opened  2/01/13 Factoring Company Account World Financial Network Bank | | | | |
| **Portfolio Recovery Associates, Inc** **120 Corporate Boulevard** **Norfolk, VA 23502** | | | W | | | | | 480.00 |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates** **Po box 12914** **Norfolk, VA 23541** | | | | Additional Notice Sent To: Portfolio Recovery Associates, Inc | | | | Notice Only |

Sheet no. __**30**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

749.82

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend**                                                  Case No. _____**13-44087**_____
                                                ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates LLC** **PO Box 41067** **Norfolk, VA 23541** | | | | **Additional Notice Sent To:** **Portfolio Recovery Associates, Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **World Finacial Network Bank** **PO Box 182273** **Columbus, OH 43218** | | | | **Additional Notice Sent To:** **Portfolio Recovery Associates, Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **World Finacial Network National Bank** **BK Department** **P.O. Box 182125** **Columbus, OH 43218** | | | | **Additional Notice Sent To:** **Portfolio Recovery Associates, Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **World Financial Network National Bank** **3100 Easton Square Place** **Columbus, OH 43219** | | | | **Additional Notice Sent To:** **Portfolio Recovery Associates, Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **World Financial Network National Bank** **PO Box 182782** **Columbus, OH 43218** | | | | **Additional Notice Sent To:** **Portfolio Recovery Associates, Inc** | | | | **Notice Only** |

Sheet no. __**31**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
    **Angela M. Townsend,**

                            Debtors

Case No.    **13-44087**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Portfolio Recovery Associates, Inc** <br>**120 Corporate Boulevard** <br>**Norfolk, VA 23502** | | J | **Collection for Capital one** | | | | 1,800.52 |
| Account No. <br><br>**Capital One, N.A. \*** <br>**c/o American Infosource** <br>**P.O Box 54529** <br>**Oklahoma City, OK 73154** | | | Additional Notice Sent To: <br>**Portfolio Recovery Associates, Inc** | | | | **Notice Only** |
| Account No. <br><br>**Presence Health** <br>**1643 Lewis Avenue** <br>**Suite 203** <br>**Billings, MT 59102** | | J | **Medical** | | | | 162.06 |
| Account No. **xxx5212** <br><br>**PRo Com Services of Illinois** <br>**Po Box 202** <br>**Springfield, IL 62705** | | W | **Opened  3/01/11** <br>**Collection Attorney Brenart Eye Clinic  Llc** | | | | 173.00 |
| Account No. <br><br>**Renaissance Recovery Services, Inc.** <br>**PO Box 1095** <br>**Park Ridge, IL 60068** | | J | **Collection for Center for Dental Implants** | | | | 0.00 |

Sheet no. __**32**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,135.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jeffrey J. Townsend,**
    **Angela M. Townsend,**
                                  ,
                 Debtors

Case No. _____**13-44087**_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Center for Dental Implants** <br> **2000 Spring Road #600** <br> **Oak Brook, IL 60523** | | | Additional Notice Sent To: <br> **Renaissance Recovery Services, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Renaissance Recovery Services, Inc.** <br> **PO Box 1095** <br> **Park Ridge, IL 60068** | | J | Collection for Dr. Don C Kalant & Associates | | | | **0.00** |
| Account No. <br><br> **Dr. Don C Kalant Associates** <br> **14710 S. Naperville Road** <br> **Plainfield, IL 60544** | | | Additional Notice Sent To: <br> **Renaissance Recovery Services, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Retrieval Masters Creditors Bueau, Inc.** <br> **4 Westchester Plaza, #110** <br> **Elmsford, NY 10523** | | J | Collection for Guthy-Renker, LLC | | | | **98.84** |
| Account No. **xxxxxxxxxx6690** <br><br> **RJM Acquisitions Funding LLC** <br> **575 Underhill Boulevard** <br> **Suite 224** <br> **Syosset, NY 11791-3416** | | W | Opened  5/01/09 <br> **Target Charge Account** | | | | **546.00** |

Sheet no. __**33**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**644.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**
    **Angela M. Townsend**                              Case No.   **13-44087**
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Target** **PO box 59317** **Minneapolis, MN 55459** | | | **Additional Notice Sent To:** **RJM Acquisitions Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Target** **1000 Nicollet Mall** **Minneapolis, MN 55403** | | | **Additional Notice Sent To:** **RJM Acquisitions Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Target Credit Card (TC)** **P.O. Box 9475** **Minneapolis, MN 55440** | | | **Additional Notice Sent To:** **RJM Acquisitions Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Target National Bank** **3701 Wayzata Boulevard** **MS-3CG** **Minneapolis, MN 55416** | | | **Additional Notice Sent To:** **RJM Acquisitions Funding LLC** | | | | **Notice Only** |
| Account No. | | | **Collection for PLS Financial** | | | | |
| **Second Round, L.P** **4150 Feidrich Lane, Suite 1** **Austin, TX 78744** | J | | | | | | |
| | | | | | | | **602.49** |

Sheet no. **34** of **40** sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)     **602.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**                                    Case No. _____**13-44087**_____
       **Angela M. Townsend**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PLS** <br> **17W625 Roosevelt Road** <br> **Oak Brook Terrace, IL 60181** | | | | **Additional Notice Sent To:** <br> **Second Round, L.P** | | | | **Notice Only** |
| Account No. <br><br> **PLS Financial** <br> **2904 Ogden Avenue** <br> **Aurora, IL 60504** | | | | **Additional Notice Sent To:** <br> **Second Round, L.P** | | | | **Notice Only** |
| Account No. <br><br> **PLS Financial** <br> **177 West Lake Street** <br> **Chicago, IL 60601** | | | | **Additional Notice Sent To:** <br> **Second Round, L.P** | | | | **Notice Only** |
| Account No. <br><br> **PLS Financial Services, Inc.** <br> **2132 E. 71st Street** <br> **Chicago, IL 60649** | | | | **Additional Notice Sent To:** <br> **Second Round, L.P** | | | | **Notice Only** |
| Account No. <br><br> **PLS Loan Store** <br> **16909 Torrence Avenue** <br> **Lansing, IL 60438** | | | | **Additional Notice Sent To:** <br> **Second Round, L.P** | | | | **Notice Only** |

Sheet no. __**35**__ of __**40**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J. Townsend,**                                         Case No. ___**13-44087**___
         **Angela M. Townsend**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Second Round, LP**<br>**PO Box 41955**<br>**Austin, TX 78704** | | J | **Collection for PLS** | | | | **0.00** |
| Account No.<br><br>**PLS Loan Store**<br>**1551 Plainfield Road**<br>**Joliet, IL 60435** | | | **Additional Notice Sent To:**<br>**Second Round, LP** | | | | **Notice Only** |
| Account No.<br><br>**PLS Loan Store**<br>**2904 Ogden Avenue**<br>**Aurora, IL 60504** | | | **Additional Notice Sent To:**<br>**Second Round, LP** | | | | **Notice Only** |
| Account No.<br><br>**PLS Loans**<br>**147 W. Roosevelt Road**<br>**West Chicago, IL 60185** | | | **Additional Notice Sent To:**<br>**Second Round, LP** | | | | **Notice Only** |
| Account No. **xxxx0624**<br><br>**State Collection Service**<br>**Attn: Bankruptcy**<br>**2509 S Stoughton Road**<br>**Madison, WI 53716** | | H | **Opened  5/01/10**<br>**Collection Attorney Presence Health-St.**<br>**Joseph S M** | | | | **605.00** |

Sheet no. __**36**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **605.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
       **Angela M. Townsend**
                                                                    Case No. _____**13-44087**_____
                                                        ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0622**<br><br>**State Collection Service**<br>**Attn: Bankruptcy**<br>**2509 S Stoughton Road**<br>**Madison, WI 53716** | | H | Opened 5/01/10<br>**Collection Attorney Presence Health-St. Joseph S M** | | | | 317.00 |
| Account No. **xxxx0623**<br><br>**State Collection Service**<br>**Attn: Bankruptcy**<br>**2509 S Stoughton Road**<br>**Madison, WI 53716** | | H | Opened 8/01/09<br>**Collection Attorney Presence Health-St. Joseph S M** | | | | 118.00 |
| Account No. **xxxx0621**<br><br>**State Collection Service**<br>**Attn: Bankruptcy**<br>**2509 S Stoughton Road**<br>**Madison, WI 53716** | | H | Opened 5/01/10<br>**Collection Attorney Presence Health-St. Joseph S M** | | | | 93.00 |
| Account No.<br><br>**State Collection Services**<br>**2509 S. Stoughton Road**<br>**Madison, WI 53716** | | | **Additional Notice Sent To:**<br>**State Collection Service** | | | | **Notice Only** |
| Account No. **xxx4065**<br><br>**Stellar Recovery Inc**<br>**4500 Salisbury Road, Suite 10**<br>**Jacksonville, FL 32216** | | W | Opened 4/01/13<br>**Collection Attorney Dish Network** | | | | 254.00 |

Sheet no. __**37**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **782.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**
        **Angela M. Townsend**                                            Case No. _____**13-44087**_____
                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Dish Network** **9601 S. Meridian Boulevard** **Englewood, CO 80112** | | | Additional Notice Sent To: Stellar Recovery Inc | | | | **Notice Only** |
| Account No. **Stellar Recovery, Inc** **1327 Highway 2 West** **Suite 100** **Kalispell, MT 59901** | | | Additional Notice Sent To: Stellar Recovery Inc | | | | **Notice Only** |
| Account No. **Suburban Radiologists, SC.** **1446 Momentum Place** **Chicago, IL 60689** | | J | Medical | | | | **15.00** |
| Account No. **Trans Union LLC** **1561 E. Orangethorpe Avenue** **Fullerton, CA 92831** | | J | Notice Only | | | | **0.00** |
| Account No. **Troy Middle School** **Troy SD 30C** **5800 West Theodore Street** **Plainfield, IL 60586** | | J | Meals | | | | **8.35** |

Sheet no. __**38**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **23.35**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J. Townsend,**
       **Angela M. Townsend**                                           Case No. _____**13-44087**_____
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Troy Middle School** <br> **Troy SD 30C** <br> **5800 West Theodore Street** <br> **Plainfield, IL 60586** | | J | | **Tuition** | | | | **600.00** |
| Account No. <br><br> **UPS Store** <br> **2314 Route 59** <br> **Plainfield, IL 60586** | | J | | **Services** | | | | **1.00** |
| Account No. **xxxxx3134** <br><br> **Victoria's Secret** <br> **Attention: Bankruptcy** <br> **Po Box 182125** <br> **Columbus, OH 43218** | | W | | **Opened 1/14/11 Last Active 6/25/11** <br> **Charge Account** | | | | **479.00** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **PO Box 41067** <br> **Norfolk, VA 23541** | | | | **Additional Notice Sent To:** <br> **Victoria's Secret** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates, Inc** <br> **120 Corporate Boulevard** <br> **Norfolk, VA 23502** | | | | **Additional Notice Sent To:** <br> **Victoria's Secret** | | | | **Notice Only** |

Sheet no. __**39**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,080.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J. Townsend,**
    **Angela M. Townsend,**
                             Debtors

Case No.   **13-44087**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Village of Shorewood** <br>**One Towne Center Boulevard** <br>**Shorewood, IL 60404** | | J | **Shorewood Waterworks** | | | | **300.00** |
| Account No. <br><br>**Shorewood Waterworks** <br>**One Towne Center Boulevard** <br>**Shorewood, IL 60404** | | | **Additional Notice Sent To:** <br>**Village of Shorewood** | | | | **Notice Only** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __40__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**300.00**

Total
(Report on Summary of Schedules)

**38,510.19**

B6G (Official Form 6G) (12/07)

.

In re    **Jeffrey J. Townsend,**                                                    Case No.    **13-44087**
     **Angela M. Townsend**
                                                                                            ,
                           Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Jeffrey J. Townsend,**                                                    Case No.    **13-44087**
      **Angela M. Townsend**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marie Tocci** | **GreenTree Servicing, LLC**<br>**345 St. Peter Street**<br>**Saint Paul, MN 55102** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Jeffrey J. Townsend**
**Angela M. Townsend**
_____
Debtor(s)

Case No.   **13-44087**
_____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Daughter**<br>**Son** | AGE(S):<br>**14**<br>**15**<br>**18**<br>**20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Route Sales** | **Unemployed** |
| Name of Employer | **Turano Baking** | |
| How long employed | **16 Years** | |
| Address of Employer | **601 Roosevelt Road**<br>**Berwyn, IL 60402** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **5,214.78** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **5,214.78** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **1,024.79** | $ | **0.00** |
|    b.  Insurance | $ | **260.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify):    **Shortage** | $ | **100.14** | $ | **0.00** |
|    **401(K)** | $ | **104.30** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,489.23** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,725.55** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,725.55** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **3,725.55** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Jeffrey J. Townsend**
**Angela M. Townsend**
_____
Debtor(s)

Case No.    **13-44087**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,650.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 280.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 240.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 250.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Association Dues** | $ | 12.50 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 310.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,622.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 3,725.55 |
| b.  Average monthly expenses from Line 18 above | $ | 3,622.50 |
| c.  Monthly net income (a. minus b.) | $ | 103.05 |

**B6J (Official Form 6J) (12/07)**

In re  **Jeffrey J. Townsend**
     **Angela M. Townsend**
                     Debtor(s)

Case No.  **13-44087**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Detailed Expense Attachment**

**Other Expenditures:**

| | |
|---|---:|
| Personal Care | $ 20.00 |
| Auto Repairs/Maintenance | $ 20.00 |
| Cellular Phone/Two Plans | $ 150.00 |
| Prescriptions | $ 120.00 |
| **Total Other Expenditures** | $ **310.00** |