UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br>     Jeffrey J Townsend <br>     Angela M Townsend <br>           Debtor(s) | Case No. 13-44087 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/12/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/06/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $300.00 |
| Less amount refunded to debtor | $288.30 |

**NET RECEIPTS:** $11.70

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $11.70

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL DBA GM F | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ABC CREDIT & RECOVERY | Unsecured | 1,184.00 | NA | NA | 0.00 | 0.00 |
| ABC CREDIT & RECOVERY | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED FAMILY OF SHOREWOO | Unsecured | 92.53 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL RESOURCE M | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPITA | Unsecured | 50.04 | NA | NA | 0.00 | 0.00 |
| AEGIS SCIENCE CORPORATION | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE COLLECTION AGENCIES | Unsecured | 62.89 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORPORATION | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORPORATION | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 124.75 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 738.50 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| CLINICAL ASSOCIATION IN MEDICIN | Unsecured | 1,555.07 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COLLECTION PROFESSIONALS | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 448.08 | NA | NA | 0.00 | 0.00 |
| CORWIN MEDICAL CENTER | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 640.09 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT COI | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT COI | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT COI | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT COI | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| DR TSEGHAI BERHE | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,592.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| FEDCHEX RECOVERY | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| FIGIS INC | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| FOUR SEASONS HEATING & AIR CON | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| GREENTREE | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| JOLIET DOCTORS CLINIC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,316.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTIONS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST HOSPITALISTS | Unsecured | 300.81 | NA | NA | 0.00 | 0.00 |
| MIRA MED REVENUE GROUP | Unsecured | 980.80 | NA | NA | 0.00 | 0.00 |
| MIRA MED REVENUE GROUP | Unsecured | 162.06 | NA | NA | 0.00 | 0.00 |
| MIRA MED REVENUE GROUP | Unsecured | 5,118.29 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| PAIN CENTERS OF CHICAGO | Unsecured | 317.20 | NA | NA | 0.00 | 0.00 |
| PAY DAY LOAN STORE OF ILLINOIS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 2,282.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PITNEY BOWES | Unsecured | 219.90 | NA | NA | 0.00 | 0.00 |
| PLACEMENT CONTROL | Unsecured | 49.92 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,800.52 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 162.06 | NA | NA | 0.00 | 0.00 |
| PRO COM SERVICES OF ILLINOIS | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS B | Unsecured | 98.84 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| SECOND ROUND | Unsecured | 602.49 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| TROY MIDDLE SCHOOL | Unsecured | 8.35 | NA | NA | 0.00 | 0.00 |
| TROY MIDDLE SCHOOL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| UPS STORE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VICTORIAS SECRET | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SHOREWOOD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $11.70 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$11.70** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/21/2014          By: /s/ Glenn Stearns
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**